WHEELER & BEATON, a PLC
GIFFORD G. BEATON (SBN 111296)
735 Tank Farm Road, Suite 270
P.O. Box 1425
San Luis Obispo, California 93406
Telephone: (805) 541-2901
Facsimile: (805) 541-5434
e-mail: giff@wheelerandbeaton.com

Attorney for Plaintiff, Carlos Javier Guizar-Serna

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS JAVIER GUIZAR-SERNA<br>SSN: xxx-xx-5218<br><br>Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>Defendant | CASE NO: 2:13-CV-01168-SJO (SH)<br><br>[PROPOSED] ORDER OF<br>EQUAL ACCESS TO JUSTICE<br>ACT (EAJA) FEE AWARD |

Based upon the parties Stipulation to an Equal Access to Justice Act (EAJA) fee Award, and for cause shown, it is ordered that plaintiff's attorney be awarded $4000.00 for reasonable fees for services before the United States District Court to the date of the submission.

DATED: 9/6/13

HON. STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE